IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WENDY WILLIAMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 1:23-00211-JB-B |
| | ) |
| **FOX NEWS NETWORK, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

This action is before the Court on *pro se* Plaintiff's Amended Complaint (Doc. 13), which Plaintiff was Ordered to file by this Court (Doc. 12). For the reasons stated below, Plaintiff's Amended Complaint is hereby **DISMISSED** without prejudice for failure to prosecute or otherwise comply with this Court's Orders.

## DISCUSSION

Plaintiff initiated this action on June 7, 2023, by filing a Complaint that was not signed and did not include her address. (Doc. 1). At the time of filing, Plaintiff did not pay the filing fee and did not file a motion to proceed without prepayment of fees. On June 8, 2023, this Court Ordered Plaintiff to correct the deficiencies associated with her Complaint by June 16, 2023, and either pay the filing fee or a motion to proceed without prepayment by June 30, 2023. (Doc. 2). Plaintiff was warned that her failure to comply with this Court's order would result in the recommendation by the Magistrate Judge that her case be dismissed. (*Id*.).

Plaintiff attempted to comply with the Court's order by belatedly filing a signed Amended Complaint. (Doc. 3). Plaintiff's Amended Complaint, however, did not sufficiently allege subject

matter jurisdiction and was a shotgun pleading that violated the Federal Rules of Civil Procedure. Accordingly, this Court entered an Order describing the deficiencies with Plaintiff's Complaint and noted Plaintiff's continued failure to either pay the filing fee or file a motion to proceed without prepayment of fees. (Doc. 4). In the Order, Plaintiff was given another opportunity to address the shortcomings of her Complaint and comply with this Court's previous order relating to fees. (*Id*.). Again, Plaintiff was warned that her failure to cure the stated deficiencies would result in a recommendation that her case be dismissed. (*Id*.). Plaintiff did not respond to this Court's Order by the relevant deadline and the Magistrate entered and Report and Recommendation that Plaintiff's case be dismissed on September 5, 2023. (Doc. 5).

On September 14, 2023, Plaintiff filed an untitled document (Doc. 6), which this Court construed as a request for more time to file her objections to the Report and Recommendation (Doc. 8). Although, the relevant deadline had not yet passed, this Court granted Plaintiff's motion and extended the deadline to file objections to October 6, 2023. (*Id*.). Plaintiff did not file any objections by the prescribed deadline. As a result, the undersigned adopted the Report and Recommendation of the Magistrate and dismissed this action without prejudice on October 17, 2023. (Docs. 9 and 10).

On October 23, 2023, Plaintiff filed another request for time to "complete my case." (Doc. 11). Out of an abundance of caution, this Court construed Plaintiff's filing as a request for more time to comply with this Court's previous Orders. As such, the Order adopting the Report and Recommendation was withdrawn and Plaintiff was given yet another opportunity to file an amended complaint in compliance with this Court's previous Orders or otherwise object to the

dismissal of her case. (Doc. 12). Plaintiff was specifically informed that her "failure to comply with this Order will result in the dismissal of her action." (*Id*.).

On November 29, 2023, Plaintiff filed an Amended Complaint. (Doc. 13). Although filed withing the relevant time frame, the pleading did not cure the deficiencies that were set out by this Court. Specifically, Plaintiff's Amended Complaint still failed to establish subject matter jurisdiction or comply with the Federal Rules of Civil Procedure as previously Ordered. (*See* Doc. 4). Further, Plaintiff again failed to pay the relevant filing fee or file a motion to proceed without prepayment of fees although Plaintiff articulated that her filing fee was sent separately. (Doc. 13). To date, the Court has received no other documents from Plaintiff.

## CONCLUSION

Plaintiff has been given multiple opportunities to file an adequate Amended Complaint. She has, likewise, been instructed on numerous occasions to either pay the filing fee or file a motion to proceed without prepayments of fees. Despite the Court's repeated efforts to allow Plaintiff the opportunity to prosecute her case, Plaintiff has done neither. The Court is satisfied that Plaintiff need not be given any additional opportunities to follow this Court's directives. Accordingly, due to Plaintiff's continued failure to comply with this Court's orders and to otherwise prosecute her case, this action is hereby **DISMISSED without prejudice**.

**DONE and ORDERED** this 18th day of December, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE